<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1373**

———————

JIMMY HALL,

                                        Plaintiff - Appellant,

        versus

PRINCE GEORGE'S COUNTY, MARYLAND,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
01-2909-DKC)

———————

Submitted:  June 19, 2003          Decided:  June 25, 2003

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Hall, Appellant Pro Se.  Sean Daniel Wallace, Rhonda Lee
Weaver, COUNTY ATTORNEY'S OFFICE, Upper Marlboro, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy Hall appeals the district court's order denying relief on his housing discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hall v. Prince George's County, No. CA-01-2909-DKC (D. Md. Mar. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED